# CRIMINAL RECORDER.

The People *vs.* Robert M'Collister. *On Counterfeit Notes.*

M'Collister was arraigned and tried upon an indictment, charging him with having in his possession three forged counterfeited notes of the amount of five dollars each, on the Ontario Bank, with an intention to utter and pass them, knowing them to be forged.

NEW-YORK,
June, 1823.

The People
*vs.*
R. M'Collister

THE case was called on, and a tales prayed. One of the talesmen, on approaching the book to be sworn, was objected to by Mr. *Maxwell, District Attorney*, on the ground that he was bail for the prisoners appearance to answer, &c.

It is a good objection to a talesman, who is called as a juror, that he is bail for the prisoner's appearance.

*Price* and *D. Graham,* counsel for the defendant, contended that it was no objection to the juror taking his seat, that he was bail for the prisoner. They contended that the condition of his recognizance had been satisfied : the prisoner was now before the Court : he had appeared, and was now in the custody of the Court, and the bail were discharged.

The Court decided that the objection was good ; and another talesman was called.